petitioners. *Messrs. W. H. Dannat Pell* and *G. Burgess Ela* for respondent.

No. 893. WISCONSIN ET AL. *v.* F. W. WOOLWORTH Co. May 20, 1940. Petition for writ of certiorari to the Supreme Court of Wisconsin granted. *Mr. Harold H. Persons* for petitioners. *Messrs. Edward Cornell, Martin A. Schenck, Orrin G. Judd,* and *G. Burgess Ela* for respondent.

No. 894. WISCONSIN ET AL. *v.* MINNESOTA MINING & MANUFACTURING Co. May 20, 1940. Petition for writ of certiorari to the Supreme Court of Wisconsin granted. *Mr. Harold H. Persons* for petitioners. *Messrs. Frederick J. Miller, John L. Connolly,* and *G. Burgess Ela* for respondent.

No. 895. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HAMMEL ET AL. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Biddle* for petitioner.

No. 897. J. E. RILEY INVESTMENT Co. *v.* COMMISSIONER OF INTERNAL REVENUE. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Robert Ash* and *William J. Sebald* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Joseph M. Jones,* and *Richard H. Demuth* for respondent.